**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2063

FLOYD BRUCE MOBLEY,

Plaintiff - Appellant,

versus

CITY OF CHESAPEAKE, VIRGINIA; CITY OF
CHESAPEAKE POLICE DEPARTMENT; JAMES J. BLOUNT,
Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:06-cv-00139-JBF)

Submitted: March 29, 2007          Decided: April 2, 2007

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Floyd Bruce Mobley, Appellant Pro Se.  Alan Brody Rashkind,
FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Bruce Mobley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Mobley v. City of Chesapeake</u>, No. 2:06-cv-00139-JBF (E.D. Va. Aug. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>